IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BRANDON SMITH | PLANTIFF |
| VS. | CIVIL ACTION NO. 3:21CV134 |
| SE REAL ESTATE, LLC, and ROBERTS & GARZA ORTHODONTICS SERVICES PLLC d/b/a SMILE STRAIGHT ORTHODONTICS | DEFENDANTS |

## ORDER

Pursuant to the Stipulation of Dismissal [22] filed by the Plaintiff in this case, it is hereby ORDERED that SE Real Estate, LLC. is hereby dismissed without prejudice.

This the 21st day of March 2022.

/s/ Michael P. Mills
**U. S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**